IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLIVIA CHAVIS-WEEKS,<br>　　　　　　Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 12-4748 |
| CAROLYN W. COLVIN, Commissioner<br>of Social Security,<br>　　　　　　Defendant. | : | |

# ORDER

**AND NOW**, this 21st day of October, 2013, upon careful and independent consideration of Plaintiff's Motion for Summary Judgment and the response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, and there being no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**;

3. Judgment is entered in favor of the Commissioner of Social Security; and

4. The Clerk of Court is directed to mark this matter **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　/s/ Mitchell S. Goldberg
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**MITCHELL S. GOLDBERG, J.**